**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

TONI HARRISON

      Plaintiff,

    v.

MIDLAND FUNDING LCC, *et al.*

      Defendants.

Civil Action No. 13-874 (CKK)

**MEMORANDUM OPINION**
(December 19, 2013)

In its September 30, 2013 [13] Order, this Court, in recognition of the settlement in principle reached by the parties, dismissed this action without prejudice for a period of six weeks. This Order further stated that if counsel failed to move to extend this deadline or reopen this action by the designated date of November 8, 2013, this matter would stand dismissed with prejudice. On November 8, 2013, the parties filed their [14] Consent Motion to Extend Time to Finalize Settlement Agreement or, in the Alternative, to Reinstate Case. In its Minute Order of November 11, 2013, the Court granted this motion, extending the deadline for dismissal with prejudice until December 8, 2013. As of the date of this opinion, the parties have not sought an additional extension or moved to reopen this action. Accordingly, pursuant to its September 30, 2013 [13] Order and its Minute Order of November 11, 2013, the Court now DISMISSES this action WITH PREJUDICE in its entirety. An appropriate Order accompanies this Memorandum Opinion.

                                            _____/s/_____
                                            COLLEEN KOLLAR-KOTELLY
                                            United States District Judge